UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS KENNETH THOMPSON,

    Plaintiff,

v.

PIERCE COUNTY JUDICIAL SYSTEM,

    Defendants.

Case No. 3:23-cv-05379-JHC-TLF

REPORT AND RECOMMENDATION

NOTED FOR: JUNE 16, 2023

    On April 27, 2023, plaintiff submitted a proposed civil rights complaint to the Court for filing (Dkt. 1). On April 28, 2023, the Clerk's Office sent plaintiff a letter informing plaintiff that their application was deficient—that the filing fee was not paid— and giving plaintiff until May 30, 2023, to provide either the filing fee or a complete *In Forma Pauperis* (IFP) application. Dkt. 2. To date, plaintiff has not paid the filing fee or filed an IFP application. Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

    Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

REPORT AND RECOMMENDATION - 1

1  U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations

2  omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is

3  directed to set the matter for consideration on **June 16, 2023,** as noted in the caption.

5  Dated this 31st day of May, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: JUNE 16, 2023 - 2