UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS KENNETH THOMPSON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-05379-JHC-TLF<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's action is DISMISSED without prejudice.

(3)　The Clerk is directed to send copies of this Order to Plaintiff

Dated this 16th day of June, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1